**DISMSS and Opinion Filed July 9, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01404-CV

**NASROLLAH JAFARZADEH AND IDA ENGINEERING, INC., Appellants**
**V.**
**MONIREH MAJD RAVANBAKSHS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-53521-2012**

# MEMORANDUM OPINION

Before Justices Fillmore, Myers, and Evans
Opinion by Justice Evans

Before the Court is appellee's June 23, 2015 motion to dismiss the appeal. Appellee contends the appeal should be dismissed for want of prosecution because appellants have failed to file their briefs that are over two months past due. Appellants did not file a response to the motion to dismiss or otherwise communicate with the Court and have not filed a brief. Accordingly, we grant appellee's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.3(b).

/ David Evans/
DAVID EVANS
141404F.P05                                     JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

NASROLLAH JAFARZADEH AND
IDA ENGINEERING, INC., Appellants

No. 05-14-01404-CV     V.

MONIREH MAJD RAVANBAKSHS,
Appellee

On Appeal from the 366th Judicial District
Court, Collin County, Texas.
Trial Court Cause No. 366-53521-2012.
Opinion delivered by Justice Evans.
Justices Fillmore and Myers, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee MONIREH MAJD RAVANBAKSHS recover her costs of this appeal from appellants NASROLLAH JAFARZADEH AND IDA ENGINEERING, INC..

Judgment entered this 9th day of July, 2015.